# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**CHAMBERS OF**
**CATHY L. WALDOR**
UNITED STATES MAGISTRATE JUDGE

MARTIN LUTHER KING COURTHOUSE
50 WALNUT ST.
ROOM 4040
NEWARK, NJ 07101
973-776-7862

## LETTER ORDER

Re: **Estate of Frank P. Lagano v. State of New Jersey et al,
Civil Action No. 2:12-cv-05441 (KSH)(CLW)**

Dear Counsel and Parties,

**IT IS** on this 8th day of July, 2020, **ORDERED** that:

Docket # 395, DCJ Motion to Quash is **GRANTED** in part and **DENIED** in part as instructed above. DE# 428.

Docket # 401, BCPO Motion to Quash is **GRANTED** in its entirety.

Docket # 405, Motion to Stay Discovery and extend deadlines by Plaintiff is hereby **DENIED**.

Docket # 415, Motion to Quash by DCJ is **GRANTED** in its entirety.

The rulings are as the result of consideration of all papers submitted, oral argument on July 8, 2020 via ZOOM, as well as oral opinion on that date.

The Clerk of Court shall terminate Docket #'s 395, 401, 405, and 415.

**SO ORDERED**

*s/Cathy L. Waldor*
**CATHY L. WALDOR**
**United States Magistrate Judge**